WILLIAM SCHAFFER, as Trustee in Bankruptcy of RAYMOND A. WOOD, Respondent, v. EDWARD WELKLEY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

HOMAC CORPORATION and Others, Respondents, v. SUN OIL COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

ANNA C. LYNCH and Another, Respondents, v. PERCY A. JOSEPH, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

CHARLOTTE E. SMITH, Respondent, v. NEW YORK STATE RAILWAYS, Respondent, and NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

EMMA S. REDINGTON, Respondent, v. NEW YORK STATE RAILWAYS, Respondent, and NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

SOL ROSENBERG and Another, Appellants, v. GENERAL REALTY SERVICE, INCORPORATED, and Others, Respondents.— Motion for leave to appeal to Court of Appeals granted. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

ANNA E. COAST, Respondent, v. ROBERT A. CONKLING, Individually and as Executor, etc., of EMMA COAST CONKLING, Deceased, and Others, Appellants.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

EDNA G. WALLACE, Appellant, v. GLADYS E. PENSGEN, Respondent.— Motion granted and appeal dismissed, without costs. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

WOJCIECH DUDA, Appellant, v. JOSEPH DUDA and Another, Respondents.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

MARGARET E. KEHOE, Respondent, v. MINNIE I. EVANS, Appellant.— Appeal dismissed unless appellant shall file and serve printed records and printed briefs by October twentieth. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.